1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**
8
9  RUSSELL COHEN,                          3:03-cv-00606-HDM-VPC
10       Plaintiff,
11       vs.                               **ORDER**
12 DEBRA LIGHTSEY, *et al.*,
13       Defendants.
14  _____/

15      The court has considered the report and recommendation of the
16 United States Magistrate Judge (Doc. #63) filed on November 30,
17 2005, in which the Magistrate Judge recommends that this court
18 enter an order denying the plaintiff's motion for judgment on the
19 pleadings (Doc. #40) and denying the defendants' motion for summary
20 judgment (Doc. #41).  The plaintiff has filed objections to the
21 report and recommendation (#64), the defendants have responded
22 (Doc. #65), and the plaintiff has replied (Doc. #66).
23      The court has considered the pleadings and memoranda of the
24 parties and other relevant matters of record and has made a review
25 and determination in accordance with the requirements of 28 U.S.C.
26 //

1  § 636 and applicable case law, and good cause appearing, the court
2  hereby
3      ADOPTS AND ACCEPTS the report and recommendation of the
4  United States Magistrate Judge (Doc. #63).  Accordingly, the
5  plaintiff's motion for judgment on the pleadings (Doc. #40) is
6  DENIED.  The defendants' motion for summary judgment (Doc. #41) is
7  DENIED.
8      It is so ORDERED.
9      Dated this 18th day of January, 2006.

  _____
  SENIOR U.S. DISTRICT JUDGE