AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF    NEVADA

RUSSELL COHEN,

    Plaintiff,

V.

**AMENDED**
JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3-06-cv-0606-HDM-VPC**

DEBRA LIGHTSEY, et al., et al.,

    Defendants.

**xx**  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**xx**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The jury finds in favor of defendants, Debra Lightsey and Melaine Mason and against the plaintiff. Judgment is entered in favor of the defendants and against the plaintiff.

The Court held that the plaintiff has failed to establish his claim for injunctive relief. Judgment is entered in favor of defendants and against the plaintiff on his claim for a permanent injunction.

March 7, 2007

**LANCE S. WILSON**
Clerk

Lia Griffin
Deputy Clerk